No. D–960. IN RE DISBARMENT OF BROADHURST. It is ordered that Kenneth Lynn Broadhurst, of Englewood, Colo., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–961. IN RE DISBARMENT OF MILLER. It is ordered that Theodore A. Miller, of Green Bay, Wis., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–962. IN RE DISBARMENT OF RUBIN. It is ordered that Leonard Rubin, of Watchung, N. J., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–963. IN RE DISBARMENT OF HENDERSON. It is ordered that Paul Gordon Henderson, of Baltimore, Md., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–964. IN RE DISBARMENT OF LEVINE. It is ordered that Howard Alan Levine, of Oklahoma City, Okla., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.